# United States District Court
# For The Western District of North Carolina
# Asheville Division

JEREMY JOHN WELLS,

        Plaintiff,                           JUDGMENT IN A CIVIL CASE

vs.                                               1:11-cv-324

KATRINA COOK,
KEVIN FRYE,

        Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/27/2012 Order.

                                                       Signed: March 27, 2012

                                                       Frank G. Johns, Clerk
                                                       United States District Court